**STATE of Missouri,
Plaintiff–Respondent,**

v.

**Richard BRANDY,
Defendant–Appellant.**

Nos. 54893, 57989.

Missouri Court of Appeals,
Eastern District, Division Three.

Jan. 15, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 1991.

Steven R. Sallerson, Public Defender, Clayton, Deborah B. Wafer, Public Defender, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction of two counts of felonious restraint, § 565.120, RSMo 1986, three counts of armed criminal action, § 571.015, RSMo 1986, robbery first degree, § 569.020, RSMo 1986, and burglary first degree, § 569.160, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).